USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __1/28/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **CLAY LEE JONES,**<br><br>                              **Plaintiff,**<br><br>                    **-against-**<br><br> **JAPAN VILLAGE, INC.,**<br><br>                              **Defendant.** | **25-cv-9868 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that all current deadlines be adjourned *sine dine*. Further, the parties are ordered to

submit a joint status report by **March 30, 2026** updating the Court on the status of settlement and

whether an order of discontinuance should be entered.

**SO ORDERED.**

**Dated:**  **January 28, 2026**
        **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**